within 30 days. [For earlier order herein, see, *e. g.*, 496 U. S. 903.]

No. 89–1944. OHIO *v.* HUERTAS. Sup. Ct. Ohio. [Certiorari granted, *ante*, p. 807.] Motion of respondent to dismiss the writ of certiorari as improvidently granted denied.

No. 89–1965. COTTAGE SAVINGS ASSN. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. [Certiorari granted, *ante*, p. 808.] Motion of petitioner to dispense with printing the joint appendix granted.

No. 90–96. SIEGERT *v.* GILLEY. C. A. D. C. Cir. [Certiorari granted, *ante*, p. 918.] Motion of petitioner to proceed further herein *in forma pauperis* denied.

No. 90–464. BITUMINOUS COAL OPERATORS' ASSN., INC. *v.* UNITED MINE WORKERS OF AMERICA, INTERNATIONAL UNION, BY RABBIT, TRUSTEE AD LITEM, ET AL. C. A. 3d Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 90–5643. IN RE ALSTON. Petition for writ of mandamus and/or prohibition denied.

No. 89–1821. STEVENS *v.* DEPARTMENT OF THE TREASURY ET AL. C. A. 5th Cir. Certiorari granted.

No. 90–68. YLST, WARDEN *v.* NUNNEMAKER. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 89–1736. HOBSON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 89–1806. UNITED STATES ARMY ET AL. *v.* WATKINS. C. A. 9th Cir. Certiorari denied.

No. 89–5586. PALMER ET AL. *v.* GUNTER ET AL. C. A. 8th Cir. Certiorari denied.

No. 89–7596. CHARLES *v.* BUTLER, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.